IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | No. C 07-2012 MMC (PR) |
| NATHAN TURNER, ) | **ORDER OF DISMISSAL** |
| Plaintiff. ) | |

Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action on April 10, 2007.[1] That same date, the Court notified plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. No response from plaintiff has been received.

As more than thirty days have passed since the deficiency notice and plaintiff has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: June 8, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The above-titled action was opened by the Clerk's office as a civil rights action when the Clerk received a letter from plaintiff in which he complained about the conditions of his confinement.